| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Stephen L. Burton 113748**<br>**Stephen L. Burton**<br>**16133 Ventura Boulevard, 7th Floor**<br>**Encino, CA 91436**<br>**Telephone: 818 501-5055 Fax: 818 501-5849**<br>State Bar Number: **113748 CA**<br>steveburtonlaw@aol.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for: DEBTOR*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Larry Lee Nash<br><br><br><br><br>Debtor(s.) | CASE NO.: 1:25-bk-11247 VK<br>CHAPTER: 7<br><br>**NOTICE OF OPPORTUNITY TO<br>REQUEST A HEARING ON MOTION**<br><br>**[LBR 9013-1(o)]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) __LARRY NASH_____, filed a motion or application (Motion) entitled __MOTION TO REQUIRE TRUSTEE ABANDON DEBTOR'S INTEREST IN REAL PROPERTY AS BURDENSOME TO THE ESTATE_____.

2. Movant(s) is requesting that the court grant the Motion without a hearing as provided for in LBR 9013-1(o), unless a party in interest timely files and serves a written opposition to the Motion and requests a hearing.

3. The Motion is based upon the legal and factual grounds set forth in the Motion.  (*Check appropriate box below*):

    ☐ The full Motion is attached to this notice; or

    ☑ The full Motion was filed with the court as docket entry # __64____, and a detailed description of the relief sought is attached to this notice.

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

a.  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)]

b.  If you fail to comply with this deadline:

   (1)  Movant will file a declaration to indicate: (1) the Motion was properly served, (2) the response period elapsed, and (3) no party filed and served a written opposition and request for a hearing within 14 days after the date of service of the notice [LBR 9013-1(o)(3)];

   (2)  Movant will lodge an order that the court may use to grant the Motion; and

   (3)  The court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice. [LBR 9013-1(h)]

Respectfully submitted,

Date: 10/02/2025

_____
Signature of Movant or attorney for Movant

STEPHEN L. BURTON, ATTORNEY AT LAW
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                  Page 2      **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**16133 Ventura Boulevard, 7th Floor**
**Encino, CA 91436**

A true and correct copy of the foregoing document entitled: __**Notice of Motion for Order without Hearing Pursuant to LBR**__
**9013-1(o)**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _10/02/2025___, I checked the
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail
Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _**10/02/2025**___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage
prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later
than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ____, I served the following persons and/or entities
by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _10/02/2025_ | **Stephen L. Burton 113748** | |
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| In re: | CHAPTER: **13** |
|---|---|
| **Larry Lee Nash** | |
| Debtor(s). | CASE NUMBER: 1:25-bk-11247 VK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**16133 Ventura Boulevard, 7th Floor**
**Encino, CA 91436**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF MOTION TO REQUIRE TRUSTEE ABANDON ESTATES INTEREST IN REAL PROPERTY AS BURDENSOM TO THE ESTATE**  will be served or was served **(a)** on the judge in chamberEBTORSs in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/02/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **10/02/2025**, I served

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **13** |
| **Larry Lee Nash** | Debtor(s). | CASE NUMBER *1:25-bk - 11247-VK* |

ed the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/02/2025 | **Stephen L. Burton 113748** | |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-1
Case 1:25-bk-11247-VK
Central District of California
San Fernando Valley
Thu Oct  2 11:49:05 PDT 2025

Employment Development Dept
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

(p)OFFICE OF FINANCE  CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Michael Gorenberg, his successors and/or ass
c/o Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correpondence/Bankrupty
Po Box 981535
El Paso, TX 79998-1535

Aracli Contreras
HOA Organizers, Inc
20847 Sherman Way, Penthouse
Winnetka, CA 91306-2706

Best Egg
Attn: Bankrupcty
Po Box 42912
Philadelphia, PA 19101-2912

Capita One NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City,  UT 84130-0285

DWP
PO BOX 30808
Los Angeles, CA 90030-0808

Deborah Nash
18131 Andrea Circle North, Unit 4
Northridge, CA 91325-5301

FRANCHISE TAX
P.O. BOX 826880
MIC 4
Saeramento, CA  94280-0001

Law Office of Neil B. Katz
PO Box 9022
San Pedro, CA 90734-9022

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Michael Gorenberg
c/o California TD Specialists
8190 East Kaiser Blvd
Anaheim, CA 92808-2215

Northridge Townhome Estates HOA
C/O HOA Organizers
20847 Sherman Way, Penthouse
Winnetka CA 91306-2706

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ricardo Villalobos
Privity Law
27451 Tourney RD #280
Valencia, CA 91355-6300

SPECIAL PROCEDURES
P.O. Box 7346
Philadelphia, PA 19101-7346

Scott & Associates I
800 East Esplanade 9th Floor
Oxnard, CA 93036-1275

Telecom Selfreported
Po Box 4500
Allen, TX 75013-1311

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Utiltty Selfreported
Po Box 4500
Allen, Tx 75013-1311

(p)DAVID KEITH GOTTLIEB  TR
ATTN D GOTTLIEB & ASSOCIATES LLC
21650 OXNARD STREET SUITE 500
WOODLAND HILLS CA 91367-4911

Larry Lee Nash
18131 Andrea Circle N #4
Northridge, Ca 91325-5301

Stephen L Burton
Stephen L. Burton, Attorney at Law
16133 Ventura Blvd 7th Fl
7th Floor
Encino, CA 91436-2403

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P. O. Box 53200
Los Angeles, CA 90053-0200

Macy's/ DSNB
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

David Keith Gottlieb (TR)
21650 W. Oxnard St. #500
Woodland Hills, CA 91367

End of Label Matrix
Mailable recipients     27
Bypassed recipients      0
Total                   27

**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811
ustpregion16.wh.ecf@usdoj.gov
*Added: 07/13/2025*
*(U.S. Trustee)*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/02/2025 11:48:33 | | |
| **PACER Login:** steveburtonlaw | **Client Code:** | |
| **Description:** Party List | **Search Criteria:** | 1:25-bk-11247-VK |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

**1:25-bk-11247-VK** Larry Lee Nash
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Victoria S. Kaufman
**Date filed:** 07/13/2025 **Date of last filing:** 10/02/2025

# Parties

**David Keith Gottlieb (TR)**
21650 W. Oxnard St. #500
Woodland Hills, CA 91367
(818) 539-7720
dkgtrustee@dkgallc.com
*Added: 08/14/2025*
*(Trustee)*

**Michael Gorenberg, his successors and/or assignees**
c/o Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656
United States
*Added: 07/16/2025*
*(Creditor)*

represented by

**Joshua L Scheer**
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
949-263-8757
949-308-7373 (fax)
jscheer@scheerlawgroup.com
*Assigned: 07/16/25*

**Reilly D Wilkinson**
Scheer Law Group LLP
155 N Redwood Dr Ste 100
Saan Rafael, CA 94903
415-491-8900
415-491-8910 (fax)
rwilkinson@scheerlawgroup.com
*Assigned: 07/31/25*

**Larry Lee Nash**
18131 Andrea Circle N #4
Northridge, Ca 91325
SSN / ITIN: xxx-xx-1070
Tax ID / EIN: 95-2755406
*Added: 07/13/2025*
*(Debtor)*

represented by

**Stephen L Burton**
Stephen L. Burton, Attorney at Law
16133 Ventura Blvd 7th Fl
7th Floor
Encino, CA 91436
818-501-5055
818-501-5849 (fax)
steveburtonlaw@aol.com
*Assigned: 07/13/25*

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Tower
15260 Ventura Blvd., Suite 830
Sherman Oaks, CA 91403
818-933-5700
818-933-5755 (fax)
cacb_ecf_sv@ch13wla.com
*Added: 07/14/2025*
*TERMINATED: 08/14/2025*
*(Trustee)*

1    STEPHEN L. BURTON (State Bar No. 113748)
     Law Offices of Stephen L. Burton
2    16133 Ventura Blvd., 7th Floor
     Encino, CA 91436
3    Telephone: (818) 501-5055
     Facsimile:  (818) 501-5849
4
     Attorney Debtor LARRY NASH
5

6

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                    WOODLAND HILLS DIVISION

10

11   LARRY NASH                      )    Case No. 1:25-bk-11247 VK
                                     )
12                                   )
                                     )    MOTION TO REQUIRE TRUSTEE ABANDON
13                                   )    ESTATE'S INTEREST IN REAL PROPERTY
                                     )    AS BURDENSOME TO THE ESTATE;
14                                   )    DECLARATION OF LARRY NASH
                                     )    IN SUPPORT THEREOF
15              Debtor               )
                                     )
16                                   )
                                     )
17                                   )
                                     )
18                                   )
                                     )
19                                   )    (NO HEARING SET, RULE 9013-1(o))
     _____)

20

21

22          Larry Nash,  the Debtor hereby moves for an Order Requiring that Chapter 7 Trustee .

23   David Keith Gottlieb  abandon the bankruptcy estate's interest in that certain real property

24   as inconsequential value to the estate,  consisting of a townhome located at 18131 Andrea Circle

25   N, #4 Northridge Area of Los Angeles,  California 91325 (The Property).  In support thereof, the

26   Movant respectfully represents as follows:

27   //

28   //

Summary

By this Motion, the Movant, is seeks the abandonment of the interest in the property as it is of inconsequential value to the estate. The property is of no value or benefit to the estate and should be abandoned.

Background Information.

1.   On or about July 13, 2025 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code. On August 14, 2025 the Debtor converted the case to Chapter 7 and David Keith Gottlieb was appointed the Chapter 7 Trustee.

2.   The first meeting of creditors was held on September 10, 2025.

3.   Pursuant to the Debtor's Schedule A, the Debtor disclosed an interest in the Property and legally described as: per Exhibit "A" attached hereto and incorporated by this reference as though fully set forth with an estimated value of $ 810,000.00.

4.   The subject property is in escrow for $779,500, the best price the Debtor can obtain.

5.   Pursuant to Schedule D of the Debtor's Schedule, total mortgage debt on the Property totals $591,513.00 as of the Petition Date. No payments are being made by the Debtor so the equity in the property is declining.

6. The Debtor, is entitled to a homestead exemption of $705,000. Secured liens in the amount of $591,513 encumber the Property. The amount of the homestead exemption means the Property would have to sell well in excess of $1,296,513 as of the Petition date to realize any equity for creditors. This amount is before costs of sale which are estimated to be eight percent (8%), or $62,360.00. Pursuant to the Seller(s) Estimated Closing Statement in Exhibit "B" the property is in escrow for a gross sale in the amount of $779,500 . Therefore, the property is of inconsequential value to the estate. 11 U.S.C.A. Sec 554; In re K.C. Mach & Tool Co., 816 F2d, 238, 245.

7.    The value of the property is insignificant to the estate and therefore should be abandoned.

### Conclusion

WHEREFORE, the Debtor requests that the Court enter an order requiring the Trustee to Abandon the Estate's interest in the single family residence and for such other and further relief as this Court deems just and proper.

DATED:  October 1, 2025          RESPECTFULLY SUBMITTED,


STEPHEN L. BURTON, ATTORNEY AT LAW


_____
STEPHEN L. BURTON, ATTORNEY FOR
DEBTOR


### DECLARATION OF LARRY NASH

I, LARRY NASH, declare as follows:

1.    I am the Debtor in the within proceeding.  As such I have personal knowledge of the statements made herein, and could and would be able to testify thereto.  I make this declaration in support of my Motion to Require the Trustee to Abandon the Estate's Interest the property.

-3-

2. I filed a chapter 13 bankruptcy proceeding on July 13, 2025. The case was converted to a chapter 7 on August 14, 2025 and David Keith Gottlieb was appointed the Chapter 7 trustee.

3. My wife and I are the owners of the Property. I have scheduled the value of the Property in Schedule A of my bankruptcy schedules at $810,000. The Property is in escrow for $779,500 the best price I can obtain.

4. Total secured debt on the property is $591,513.00 as of the Petition Date. There are non-avoidable liens against the property totally approximately $. I am not making payments on the loan secured by the property so the equity in the property is declining.

5. I am entitled to a homestead exemption of $705,000. Total secured liens combined with the homestead amount means the Property would have to sell well in excess of $1,296,513 as of the Petition Date in order to realize any equity for creditors. This amount is before costs of sale which I estimate to be eight percent (8%) or $62,360.00. The property is in escrow for $779,500.00

6. Therefore, a sale at $779,500 with the liens, homestead and cost of sale amounts, assuming no other issues, yields a negative result. I, therefore, will not realize an exemption amount in excess of what is allowed under the homestead exemption.

7. Based upon the above, the property is of inconsequential value and benefit to the estate. The property should be abandoned.

I declare under penalty of perjury pursuant to the laws of the United States that the forgoing is true and correct.

Executed this 1st day of October, 2025 at Northridge, California.

Larry Nash, Declarant

-4-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# LEGAL DESCRIPTION

**The land referred to herein is situated in the State of California, County of Los Angeles, City of Los Angeles and described as follows:**

A Condominium Comprised of:

Parcel 1:

An undivided 1/57th interest in and to Lots 1, 2 and 4 of Tract No. 33282, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in <u>Book 880 Pages 66 to 68</u> inclusive of Maps, in the Office of the County Recorder of said County.

Except Units 101 to 157 inclusive as shown and defined on the Condominium Plan recorded October 14, 1977, as <u>Instrument No.77-1138162</u> Official Records.

Parcel 2:

Unit 148 as shown and defined on the Condominium Plan above mentioned.

Parcel. 3:

A non-exclusive easement for the benefit of an appurtenant to Parcels 1 and 2 above, for purposes of ingress, egress, use and enjoyment in, upon, over and across Lot 3 of Tract No. 33282, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in <u>Book 880 Pages 66 to 68</u> inclusive of Maps, in the Office of the County Recorder of said County.

Except all oil, gas, minerals, hydrocarbons and other substances lying therein and thereunder that may be produced from a depth of 500 feet or more below the surface of said land, but without the right of entry upon the surface for the purpose of mining, drilling, exploring or extracting such oil, gas, minerals, hydrocarbons and other substances or other use or rights in and to a depth of 500 Feet below the surface thereof but with the right to drill into, locate wells and produce oil, gas, minerals, hydrocarbon and other substances from any portion thereof which lies below 500 Feet from the surface thereof as excepted and reserved by College Site Development Company, a limited partnership, in the Deed recorded December 29, 1976, as <u>Instrument No. 1379</u> of Official Records.

FOR INFORMATIONAL PURPOSES ONLY:  APN: 2731-026-054

(End of Legal Description)

<u>MAP</u>

THE MAP(S) CONNECTED HEREWITH AND PROVIDED IN CONNECTION WITH THIS TITLE PRODUCT IS/ARE BEING PROVIDED AS A COURTESY AND FOR INFORMATIONAL PURPOSES ONLY; THE MAP(S) SHOULD NOT BE RELIED UPON. FURTHERMORE, THE PARCELS SET OUT ON THE MAP(S) MAY NOT COMPLY WITH LOCAL SUBDIVISION OR BUILDING ORDINANCES. STEWART TITLE ASSUMES NO LIABILITY, RESPONSIBILITY OR INDEMNIFICATION RELATED TO THE MAP(S) NOR ANY MATTERS CONCERNING THE CONTENTS OF OR ACCURACY OF THE MAP(S).

**DIAMOND QUALITY ESCROW INC.**
**13941 Ramona Avenue Suite E**
**Chino, CA  91710**
**(909)-393-9917 * Fax (909)-393-5008**

## SELLER(S) ESTIMATED CLOSING STATEMENT

**ESCROW NO:** 15508 - MF
**LOAN NUMBER:**
**DATE:** 9/29/2025
**TIME:** 03:03 PM
**SELLER(S):** Larry L. Nash and Deborah J. Nash

**REVISED DATE:**
**CLOSING DATE:** 10/27/2025
**SETTLEMENT DATE:**
**DISBURSEMENT DATE:**

**PROPERTY ADDRESS:** 18131  Andrea Circle N, #4, Northridge Area of Los Angeles, CA 91325

| | DEBITS | CREDITS |
|---|---|---|
| **TOTAL CONSIDERATION** | | $   779,500.00 |
| **Prorations** | | |
| County Taxes @ $1,536.02 for 6  Months  From 7/1/2025 To 10/27/2025 | $      989.87 | |
| **Commissions** | | |
| Revilo Realty | $   19,487.50 | |
| Compass | $   19,487.50 | |
| **Title Charges - Stewart Title Company** | | |
| [Total Title Charges: $8,432.99] | | |
| Title - Owners Policy For $779,500.00 | $    2,226.00 | |
| Wire Transfer Fee | $        50.00 | |
| Messenger Fee | $        90.00 | |
| Sub-escrow Fee | $        75.00 | |
| Delq Taxes | $    3,634.54 | |
| Unsecured Taxes | $    1,500.00 | |
| County Transfer Tax | $      857.45 | |
| **Recording Charges** | | |
| [Total Recording Charges: $170.00] | | |
| RECORDING SERVICE FEE | $        20.00 | |
| SB2 RECORDING FEE | $      150.00 | |
| **Escrow Charges - DIAMOND QUALITY ESCROW INC.** | | |
| [Total Escrow Charges: $2,953.50] | | |
| Escrow Fee | $    2,338.50 | |
| Overnight Fee | $        75.00 | |
| Wire Fee | $        90.00 | |
| Messenger Fee | $        50.00 | |
| BK Fee | $      100.00 | |
| Document Fee | $      100.00 | |
| Notary Fee | $      200.00 | |
| **Loan Payoff** | | |

**ESCROW NO: 15508-MF**

| | | DEBITS | | CREDITS |
|---|---|---|---|---|
| **Loan Payoff to: Deed of Trust # 28** | $ | 600,000.00 | | |
| **[Total Charges: $600,000.00]** | | | | |
| | | | | |
| **Additional Disbursements** | | | | |
| Refundable Pad | $ | 300.00 | | |
| Home Warranty to: Shield Complete Plan | $ | 670.00 | | |
| Natural Hazard Reports to: Property I.D | $ | 94.95 | | |
| Seller to Remain in Possession to: Hold Back for SIP | $ | 10,000.00 | | |
| | | | | |
| **HOA** | | | | |
| **[Total HOA Charges: $15,500.00]** | | | | |
| Special Assesement Dues to: HOA | $ | 15,000.00 | | |
| Estimated Transfer Fee to: HOA | $ | 500.00 | | |
| | | | | |
| **Approximate Net Proceeds** | $ | 101,413.69 | | |
| | | | | |
| **\*Totals\*** | $ | 779,500.00 | $ | 779,500.00 |

_____

Larry L. Nash


_____

Deborah J. Nash

# DIAMOND QUALITY ESCROW INC.

13941 Ramona Avenue Suite E
Chino, CA 91710
(909)-393-9917 * Fax (909)-393-5008

## SALE ESCROW INSTRUCTIONS

**Escrow Officer:** Mandy Frethy
**Escrow No.:** 15508-MF

**Date:** September 29, 2025

**DIAMOND QUALITY ESCROW INC. IS LICENSED BY THE DEPARTMENT OF FINANCIAL PROTECTION AND INNOVATION, STATE OF CALIFORNIA, ESCROW LICENSE NO. 9631969**

Mark L. Dewis, (hereinafter known as Buyer) agree to purchase from Larry L. Nash and Deborah Nash, (hereinafter know as Seller) the real property setforth herein per the terms, conditions, consideration and instructions hereinafter stated. The Seller and Buyer herein shall deliver these signed escrow instruction to Diamond Quality Escrow Inc., (hereinafter know as escrow Holder).

## TERMS OF TRANSACTION

| | |
|---|---|
| Initial Deposit | $23,385.00 |
| Deposit Prior to Close of Escrow | $132,515.00 |
| Loan Amount per RPA - 1st TD | $623,600.00 |
| **TOTAL CONSIDERATION** | **$779,500.00** |

Furthermore, I shall execute and deliver to you any instruments and/or funds required from Buyer to enable you to comply with these instructions, all of which you are authorized to use and/or deliver on or before October 27, 2025, and when you are in a position to obtain a standard Policy of Title Insurance through Stewart Title Company, provided that said policy has a liability of at least the amount of the above total consideration, covering the following described property in the City of Northridge Area of Los Angeles, County of Los Angeles, State of CA.

See Exhibit "A" attached hereto and made a part hereof.
**Property Address:** 18131 Andrea Circle N, #4, Northridge Area of Los Angeles, CA 91325
**SHOWING TITLE VESTED IN:** Mark L. Dewis – Vesting to be advised

SUBJECT TO:
1. Second Half 2025 installment(s) of the General and Special County, and city (if any) taxes, including any special district levies, payments which are included therein and collected therewith, for current fiscal year, not delinquent, including taxes for ensuing year, if any, a lien not yet due or payable.
2. Covenants, conditions, restrictions, reservations, rights, rights of way, easements and exceptions of minerals, oil, gas, water, carbons and hydrocarbons on or under said land, now of record, and in deed to file, if any, affecting the use and occupancy of said property.
3. Assessments and bonds of record, if any, not delinquent.
4. A New First Trust Deed to record, executed by Vestee herein, securing a Note for $623,600.00 in favor of New Lender, or order, bearing interest at a rate determined by the Lender, payable as required by the Lender. Buyers' execution of the loan documents shall be deemed approval of all terms and conditions contained therein. Escrow Holder is instructed to comply with all of the lender's requirements in connection with said new loan.

## INSTRUCTIONS TO ESCROW:

**BUYER & PROPERTY TO QUALIFY FOR NEW LOAN:** Buyer and property to qualify for and obtain the new loan(s) as set out above, and the depositing herein of the Lender's loan documents that constitute satisfaction of this condition. The

SELLER(S) INITIALS:____ ____ ____ ____    BUYER(S) INITIALS:____ ____ ____ ____

Page 1 of 5

ESCROW NO:15508-MF                                          Date: September 29, 2025

Buyer's signatures on the Lender's loan documents shall constitute that acceptance and approval of the terms and conditions contained therein.

**CLOSING COSTS:** Seller and Buyers each to pay own closing costs, including but not limited to, title, escrow and recording fees, loan fees as required by Lender, including impounds if required, pre-paid interest and insurance premium. In the event costs exceed paid sum charge Buyer's account with excess at the close of escrow. All parties are aware Seller and Buyer each have own escrow fees/costs/discounts. Escrow holder is instructed to pay TC if invoiced.

**FIRE INSURANCE:** Buyer shall deposit into Escrow, for Lender's approval a hazard insurance policy with sufficient coverage on the dwelling for replacement of subject property. Buyer to deposit sufficient funds as called for by Escrow Holder to pay first year premium at close of escrow. Lender's release of loan funds shall be deemed their approval of said insurance.

**HOME WARRANTY PROTECTION PLAN:** Seller to provide a one year Home Protection Plan for subject property and hereby authorizes Escrow Holder to pay for same at the close of escrow from proceeds due Seller herein. All parties hereto are aware that escrow holder does not order said warranty and it is the sole responsibility of the agent herein. Said home warranty is be issued by Shield Complete Plan not to exceed the cost of $670.00.

**PRELIMINARY CHANGE OF OWNERSHIP REPORT:** Prior to the close of escrow, Grantee shall cause to be handed to Escrow Holder a fully completed and executed "Preliminary Change of Ownership Report" pursuant to the requirements and in accordance with Section 480.3 of the Revenue and Taxation Code, State of California. If Grantee so chooses, Grantee may elect not to complete and execute said form prior to the close of escrow. In such an event, Grantee is aware that a $20.00 charge will be assessed by the County Recorder's Office and Escrow Holder will charge the account of the Grantee accordingly. Escrow Holder's sole duty shall be the delivery of said form to the County Recorder at the time of recordation of transfer documents.

**SUPPLEMENTAL TAX INFORMATION:** The Tax assessor has the right to reassess the subject property after close of escrow and issue a supplemental tax bill to the Buyer, who shall be solely responsible for same. In the event the Seller receives a supplemental tax bill for prior tax year(s) before close of escrow, charge Seller's account. Supplemental tax bills for any tax period prior to close of escrow, is the sole responsibility of the Seller. If any such supplemental tax bill has been issued for this current tax year, it is the Seller's responsibility to forward said bill to the new Buyer and Buyer's responsibility for payment of same. In such event said supplemental bill will be added to the current tax bill and prorated accordingly at close of escrow. TAX BILLS ISSUED AFTER THE CLOSE OF ESCROW SHALL BE HANDLED DIRECTLY BETWEEN BUYER AND SELLER.

**COMPLIANCE WITH IRS:** In order to comply with the Internal Revenue Service Procedure 98-20, the Sellers herein each agree to complete and execute, prior to close of escrow either: a Certification for No Information Reporting on the Sale or Exchange of a Principal Residence; OR B) Taxpayers Identification Form in compliance with the Tax Reform Act of 1986.

**GOOD FUNDS DISCLOSURE:** The Parties herein are hereby notified that pursuant to Chapter 598, California Statutes of 1989 (AB512: INS. CODE SEC 12413.1) Effective January 1, 1990, all funds deposited in this escrow must be available for withdrawal from Escrow Holder's trust account prior to the disbursement of said funds through this escrow. Only funds deposited by electronic transfer "WIRED FUNDS" will be immediately available for disbursement upon confirmation of deposit. Funds deposited in the form of Cashier's Check, Tellers Check, or Certified Check will be available for disbursement one business day after deposit. Funds deposited in any other form, including personal, corporate, partnership and mortgage or loan broker checks or drafts may cause material delays in the disbursement of funds through this escrow. To avoid delays it is recommended that all funds to be deposited by Wire Transfer or Cashier's Check. Escrow Holder will not be responsible for accruals of interest or any charges resulting from complying with the disbursement restrictions imposed by State Law.

**INSTRUCTIONS NOT TO SUPERSEDE:** These escrow instructions are executed for the sole purpose of enabling the Escrow Holder to complete this transaction, and are not intended to amen, modify, supersede or in any way change that certain agreement entered into by the parties hereto and dated prior to these escrow instructions. Diamond Quality Escrow Inc., its officers and/or employees shall not be concerned with said agreement or any matters as contained therein and is responsible only for such matters as are specifically set out above in the instructions.

**AUTHORIZATION TO RELEASE:** Escrow holder is hereby authorized to release from Buyers funds on deposit, prior to and regardless of the consummation of this escrow, cost of demand fee to obtain a demand on Sellers behalf, if required by payoff lender prior to their processing of demand during the term of this escrow. Parties hereto are aware and agree that said fee shall be reimbursed to Buyers by charging said fee to Sellers at the close of escrow, provided this transaction is consummated.

**NATURAL HAZARD DISCLOSURE REPORT:** Seller to provide Buyer with a Natural Hazard Disclosure Report and to pay for same from proceeds, in the event that bill is deposited into escrow. Escrow Holder is not to be concerned with the contents therein and shall deliver a copy of said report to Buyer upon receipt.

**HOMEOWNERS ASSOCIATION:** Escrow Holder is to obtain for the benefit of the Buyers, a statement of the dues account, current budget, by-laws and Articles of Incorporation, from the appropriate Homeowners Association. Name and address of Homeowners Association, and /or management company is to be supplied to Escrow Holder by Seller or Seller's Agent. Escrow Holder is instructed to charge Sellers at the close of escrow for transfer fees, bringing any delinquent dues current, and fee charged by the Association for providing this information.

SELLER(S) INITIALS:_____ _____ _____ _____          BUYER(S) INITIALS:_____ _____ _____ _____

ESCROW NO:15508-MF                                              Date: September 29, 2025

**SELLER LICENSE TO REMAIN IN POSSESSION:** Seller is granted a license to remain in possession of the property for 28 Calendar days after the Close of Escrow. Seller is granted said license at $190.00 per day. Seller's obligation for the condition of the property is a HOLD of Seller's proceeds in the amount of $ 10,000.00. Escrow Holder is hereby instructed to HOLD the sum of $10,000.00 from Seller's Proceeds for the term of 33 calendar days. Seller is to delivered the property tot the buyer and Escrow Holder is instructed to release the hold at time of delivery/possession to buyer. All parties instruct Escrow holder to release and disburse said funds based on confirmation email from buyer of delivery/possession without further written instructions. Escrow holder is hereby held safe and harmless of said request.

## ADDITIONAL INSTRUCTIONS AND PROVISIONS:

1. **The parties to this escrow are made aware that Escrow Holder has no obligation to verify signatures of any of the parties involved.**

2. Escrow Funds: All funds received in this escrow may be deposited with funds from other escrow in a general trust account in any state or federal bank of escrow holders choosing. No interest shall be paid. The parties recognize that the FDIC insured on this account may not be sufficient to cover all of their specific deposit, but request that Escrow Holder maintain all funds in such account. All disbursements shall be made by escrow agent on this account.

3. Escrow Holder shall make no physical inspection of the real property or personal property described in any instruments deposited in, or which is the subject of this escrow. Escrow Holder makes no representations or warranties concerning any such real or personal property and are not to be concerned with nor liable for the condition of real property or personal property.

4. Funds, instructions or instruments received in this escrow may be delivered to, or deposited with any title company to comply with terms of this escrow.

5. You shall not be responsible for the following: (1) the sufficiency or correctness as to form, manner of execution or validity of any documents deposited in this escrow: (2) the identity, or right of any person executing the same, either as to documents of record or those handled in the escrow: or (3) the failure of any party to comply with any of the provisions of any agreement, contract or other instrument filed or deposited in this escrow or referred to in those escrow instructions. Your duties shall be limited to the safekeeping of money and documents received by you as Escrow Holder and for the disposition in compliance with the written instructions accepted by you in this escrow. You shall not be required to take any action regarding the collection, maturity, or apparent outlaw of any obligations deposited with you unless otherwise instruction in writing.

6. Escrow Holder shall not be responsible in any way whatsoever nor is Escrow Holder to be concerned with any questions of usury in any loan or encumbrance, whether new or of record, which may arise during the processing of this escrow.

7. It is understood that the fees agreed to be paid for your services are for ordinary and usual services and should there be any extraordinary or unusual services rendered by you, the undersigned agree to pay reasonable compensation to you for such fess, together with any costs and expenses which may be incurred by you in connection with the same; and you are hereby given a lien upon all documents, monies and securities deposited in this escrow until you have been so compensated or reimbursed. It is further understood that in the event this escrow is cancelled, you will receive compensation for such services as you have rendered in connection with this escrow.

8. Buyer acknowledges that pursuant to the California Revenue & Taxation Code, a Change of Ownership form is required by the County Recorder to be completed. The form shall be furnished to buyer by escrow for buyer's completion and execution. Buyer is aware that if buyer does not complete the form in full, sign and return it to escrow before closing, a penalty will be assessed by the County Recorder. **For information and assistance in completing the Change of Ownership form, Buyer may contact the County Recorder and Assessors offices in the county in which the subject property is located.**

9. Escrow Holder is not responsible for the contents or accuracy of any beneficiary demands and/or beneficiary statements delivered to escrow by the existing lienholders. Escrow Holder is not required to submit any such statements or demands to the parties for approval before the close of escrow.

10. Escrow Holder is not to be responsible or be concerned with the terms of any new loan as to terms or content or effect of same.

11. The parties shall deposit with escrow, upon request, any additional funds, instruments, documents, instructions, authorizations, or other items necessary to comply with demands made on escrow holder to carry out the terms of these instructions. If conflicting demands or notices are made or served upon escrow holder or any controversy arises between the

SELLER(S) INITIALS:_____ _____ _____ _____          BUYER(S) INITIALS:_____ _____ _____ _____

ESCROW NO:15508-MF                                                                Date: September 29, 2025

parties or with any third person arising out of or relating to this escrow, Escrow Holder shall have the absolute right to withhold and stop all further proceedings in this escrow until escrow holder receives written notification satisfactory to escrow holder of the settlement of the controversy by written agreement of the parties, or by the final order or judgment of a court of competent jurisdiction.

12. If this escrow is not in condition to close by the specified closing date, Escrow Holder shall close as soon as possible after said date unless in receipt of any written notice not to do so.

13. In the event escrow agent is handed written notice of cancellation, Escrow Holder is hereby authorized to utilize wire services, overnight, next day or other expedited delivery services (as opposed to U.S Mail) and to charge the respective party's account accordingly.

14. In the event that any party to this escrow utilizes facsimile transmitted signed documents, all parties agree to accept and instruct the escrow holder to rely upon same as if they bore original signatures.

15. Escrow Holder is assume a 30 day month in any proration herein provided, and unless otherwise instructed, Escrow Holder is to use the information contained in the latest available tax information supplied by the title company for same. If escrow holder is to pay a demand in full for a Revolving Line of Credit, then Escrow Holder is hereby instructed to request that the lender issuing said demand cancel said revolving line or equity line of credit.

16. If any check submitted to escrow is dishonored upon presentment for payment, Escrow Holder is authorized to notify parties herein (or Realtors if parties are represented by same) of said action.

17. Escrow holder has no responsibility to give any disclosure not required by law to be given by an Escrow Agent. Escrow Holder need comply only with the written instructions deposited in this escrow. A signature on these instructions and any document concerning this escrow means that the signatory has read, understands and approves the instruction or document. Escrow holder is not to comply with any noticed, demand or instruction that is not in writing.

18. Escrow Holder is authorized to destroy and dispose of all documents in this escrow after five (5) years of close or cancellation without liability or further notice to the Parties.

19. Administrative Fees: In any escrow in which the monies on deposit cannot for any reason be returned to the party depositing them, the depositing party agrees to pay to Escrow Holder an Administrative Cost of $50.00 per month in addition to any other fees and costs owed to Escrow Holder. Escrow Holder may take these fees from any monies on deposit with Escrow Holder.

20. The parties expressly indemnify and hold you harmless against third-party claims for any fees, costs or expenses where you have acted in good faith, with reasonable care and prudence and/or in compliance with these escrow instructions.

21. Where the assignment of any insurance policy from Seller to Buyer is concerned, Seller guarantees to you any insurance policy from Seller to Buyer is concerned, Seller guarantees to you any insurance policy handed you in this escrow is policy in force, the policy has not been hypothecated and that all necessary premiums have been paid. You are authorized to execute on behalf of the parties assignments of interest in any insurance policy to the insurance agent requesting that the insurer consent to such assignment, to request that a loss payee clause or such other endorsements as may be required be issued and to forward such policy to the lenders and entitled parties. You shall not be responsible for verifying the acceptance of the request for assignment and policy of insurance by the insurance company. The parties mutually agree that you will make no attempt to verify the receipt of the request for assignment by the issuing insurance company. All parties are placed on notice that if the insurance company should fail to receive the assignment, the issuing company may deny coverage for any loss suffered by Buyer. IT IS THE OBLIGATION OF THE INSURED OR THE INSURED'S REPRESENTATIVE TO VERIFY THE ISSUING COMPANY COMPANY'S ACCEPTANCE OF THE ASIGNMENT OF THE POLICY.

**AGENCY CONFIRMATION:** The following agency relationship(s) are hereby confirmed for this transaction
**Revilo Realty** is the agent of the Seller. **Compass** is the agent of the Buyer.
**OCCUPANCY:** Buyer Does intend to occupy Property as Buyer's Primary residence.
**SELLER REPRESENTATION:** Seller warrants that Seller has no knowledge of any notice of violations of City, County, State, Federal, Building, Zoning, Fire, Health Codes or ordinances, or other governmental organizations, filed or issued against the property. This warranty shall be effective until date of close of escrow.

**\*\*END OF MEMORANDUM ITEMS\*\***

I/We will pay, on demand, regardless of the consummation of this escrow, all charges incurred by you for me/us, including fee for preparing instruments I/we execute, recording charges and your customary buyer's escrow fee.

SELLER(S) INITIALS:_____ _____ _____ _____                BUYER(S) INITIALS:_____ _____ _____ _____

ESCROW NO:15508-MF                                    Date: September 29, 2025

**THE FOREGOING INSTRUCTIONS AND THOSE "GENERAL INSTRUCTIONS" ATTACHED HERETO AND MADE A PART HEREOF ARE APPROVED AND ACCEPTED IN THEIR ENTIRETY AS FULLY SET OUT IN THIS PARAGRAPH. EACH OF THE UNDERSIGNED BUYER(S) HEREBY AUTHORIZE ESCROW AGENT TO FURNISH COPIES OF CLOSING STATEMENTS TO LENDER AND/OR BROKER INVOLVED.**

I/We have received a copy of these instructions.

**BUYER'S SIGNATURE:**

_____
Mark L. Dewis

**MAILING ADDRESS: , ,**

**FORWARDING ADDRESS:** 18131  Andrea Circle N, #4, Northridge Area of Los Angeles, CA  91325

I/We will hand you all instruments and money necessary of me/us to enable you to comply therewith, including a deed to the property described, executed in favor of the vestees, which you are authorized to use and deliver when you hold in this escrow for my/our account the above sum, and any pro-rata adjustments and instruments deliverable to me under these instructions. From funds due me/us, pay at the close of escrow any encumbrances of record, plus accrued interest, charges and bonus if any, bonds, and/or assessments necessary to comply with same, and/or pay any delinquent monthly installment(s) on existing encumbrance(s) as disclosed by beneficiary statement(s), without my/our subsequent approval.

Instruct the Title Company to begin search of title at once.  Deduct and pay from proceeds due me/us, any expenses incurred in my/our behalf including charges for assurance of title, for sending in offset, or beneficiaries' statement(s) and/or demand(s), Documentary Transfer Tax on Deed, filling in, acknowledging, and recording any document(s) necessary on my/our part, including recording of purchase price encumbrance(s) and seller's escrow fee as charged.

I/We have received a copy of these instructions.

**SELLER'S SIGNATURE:**

_____
Larry L. Nash

_____
Deborah J. Nash

**MAILING ADDRESS:** 18131  Andrea Circle N, #4, Northridge Area of Los Angeles, CA  91325

**FORWARDING ADDRESS: , ,**

SELLER(S) INITIALS:_____ _____ _____ _____        BUYER(S) INITIALS:_____ _____ _____ _____

| In re:<br><br>**Larry Lee Nash**<br><br>Debtor(s). | CHAPTER: **13**<br><br>CASE NUMBER: 1:25-bk-11247 VK |
| --- | --- |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**16133 Ventura Boulevard, 7th Floor
Encino, CA 91436**

A true and correct copy of the foregoing document entitled (*specify*):  ~~NOTICE OF~~ **MOTION TO REQUIRE TRUSTEE ABANDON ESTATES INTEREST IN REAL PROPERTY AS BURDENSOM TO THE ESTATE**  will be served or was served **(a)** on the judge in chamberEBTORSs in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/02/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **10/02/2025**, I served

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June  2012*

**9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER **13** |
|---|---|---|
| **Larry Lee Nash** | Debtor(s). | CASE NUMBER |

ed the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/02/2025 | Stephen L. Burton 113748 | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                  **F 9013-3.1**

**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Victoria S. Kaufman
**Date filed:** 07/13/2025 **Date of last filing:** 10/02/2025

# Parties

**David Keith Gottlieb (TR)**
21650 W. Oxnard St. #500
Woodland Hills, CA 91367
(818) 539-7720
dkgtrustee@dkgallc.com
*Added: 08/14/2025*
*(Trustee)*

**Michael Gorenberg, his successors and/or assignees**
c/o Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656
United States
*Added: 07/16/2025*
*(Creditor)*

represented by

**Joshua L Scheer**
85 Argonaut, Suite 202
Aliso Viejo, CA 92656
949-263-8757
949-308-7373 (fax)
jscheer@scheerlawgroup.com
*Assigned: 07/16/25*

**Reilly D Wilkinson**
Scheer Law Group LLP
155 N Redwood Dr Ste 100
Saan Rafael, CA 94903
415-491-8900
415-491-8910 (fax)
rwilkinson@scheerlawgroup.com
*Assigned: 07/31/25*

**Larry Lee Nash**
18131 Andrea Circle N #4
Northridge, Ca 91325
SSN / ITIN: xxx-xx-1070
Tax ID / EIN: 95-2755406
*Added: 07/13/2025*
*(Debtor)*

represented by

**Stephen L Burton**
Stephen L. Burton, Attorney at Law
16133 Ventura Blvd 7th Fl
7th Floor
Encino, CA 91436
818-501-5055
818-501-5849 (fax)
steveburtonlaw@aol.com
*Assigned: 07/13/25*

**Elizabeth (SV) F Rojas (TR)**
Valley Executive Tower
15260 Ventura Blvd., Suite 830
Sherman Oaks, CA 91403
818-933-5700
818-933-5755 (fax)
cacb_ecf_sv@ch13wla.com
*Added: 07/14/2025*
*TERMINATED: 08/14/2025*
*(Trustee)*

**United States Trustee (SV)**
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-6811
ustpregion16.wh.ecf@usdoj.gov
*Added: 07/13/2025*
*(U.S. Trustee)*

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/02/2025 11:48:33 | | |
| **PACER Login:** | steveburtonlaw | **Client Code:** | |
| **Description:** | Party List | **Search Criteria:** | 1:25-bk-11247-VK |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

Label Matrix for local noticing
0973-1
Case 1:25-bk-11247-VK
Central District of California
San Fernando Valley
Thu Oct  2 11:49:05 PDT 2025

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

(p)OFFICE OF FINANCE   CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Michael Gorenberg, his successors and/or ass
c/o Scheer Law Group LLP
85 Argonaut
Suite 202
Aliso Viejo, CA 92656-4128

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankrupty
Po Box 981535
El Paso, TX 79998-1535

Aracli Contreras
HOA Organizers, Inc
20847 Sherman Way, Penthouse
Winnetka, CA 91306-2706

Nest Egg
Attn: Bankrupcty
Po Box 42912
Philadelphia, PA 19101-2912

Capita One NA
Attn: Bankruptcy
Po Box 30285
Salt Lake City,   UT 84130-0285

DWP
PO BOX 30808
Los Angeles, CA 90030-0808

Deborah Nash
18131 Andrea Circle North, Unit 4
Northridge, CA 91325-5301

FRANCHISE TAX
P.O. Box 826880
MIC 4
Saeramento, CA  94280-0001

Law Office of Neil B. Katz
PO Box 9022
San Pedro, CA 90734-9022

(p)DSNB MACY S
CITIBANK
9000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Michael Gorenberg
c/o California TD Specialists
8190 East Kaiser Blvd
Anaheim, CA 92808-2215

Northridge Townhome Estates HOA
C/O HOA Organizers
20847 Sherman Way, Penthouse
Winnetka CA 91306-2706

Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ricardo Villalobos
Privity Law
27451 Tourney RD #280
Valencia, CA 91355-6300

SPECIAL PROCEDURES
P.O. Box 7346
Philadelphia, PA 19101-7346

Scott & Associates I
100 East Esplanade 9th Floor
Oxnard, CA 93036-1275

Telecom Selfreported
Po Box 4500
Allen, TX 75013-1311

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Utiltty Selfreported
Po Box 4500
Allen, Tx 75013-1311

(p)DAVID KEITH GOTTLIEB  TR
ATTN D GOTTLIEB & ASSOCIATES LLC
21650 OXNARD STREET SUITE 500
WOODLAND HILLS CA 91367-4911

Larry Lee Nash
18131 Andrea Circle N #4,
Northridge, Ca 91325-5301

Stephen L Burton
Stephen L. Burton, Attorney at Law
16133 Ventura Blvd 7th Fl
7th Floor
Encino, CA 91436-2403

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Los Angeles City Clerk
P. O. Box 53200
Los Angeles, CA 90053-0200

Macy's/ DSNB
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

David Keith Gottlieb (TR)
21650 W. Oxnard St. #500
Woodland Hills, CA 91367

End of Label Matrix
Mailable recipients      27
Bypassed recipients       0
Total                    27

**File a Motion:**

1:25-bk-11247-VK Larry Lee Nash Converted 08/14/2025

| Type: bk | Chapter: 7 v | Office: 1 (San Fernando Valley) |
| Assets: n | Judge: VK | |

Case Flag: AmdPln13F, Repeat-cacb, RepeatPACER, CONVERTED

## U.S. Bankruptcy Court

## Central District of California

Notice of Electronic Filing

The following transaction was received from Stephen L Burton entered on 10/2/2025 at 11:55 AM PDT and filed on 10/2/2025

**Case Name:**         Larry Lee Nash
**Case Number:**       1:25-bk-11247-VK
**Document Number:** 64

**Docket Text:**
Motion to compel trustee to abandon interest in property of estate . Fee Amount $199, Filed by Debtor Larry Lee Nash (Burton, Stephen)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**LARRY NASH MOTION TO REQUIRE TRUSTEE ABANDON ESTATES INTEREST IN REAL PROPERTY AS BURDENSOME.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=10/2/2025] [FileNumber=109363480
-0] [5c07bdd87caa77e59bf0c8bd3afba33642f1308d1efb3af28dc9f87426845b759
05254972e39084138ecba38c92d46469053681026c74d0b84ed832db8835ed8]]

**1:25-bk-11247-VK Notice will be electronically mailed to:**

Stephen L Burton on behalf of Debtor Larry Lee Nash
steveburtonlaw@aol.com

David Keith Gottlieb (TR)
dkgtrustee@dkgallc.com,
dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com

Joshua L Scheer on behalf of Creditor Michael Gorenberg, his successors and/or assignees
jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Reilly D Wilkinson on behalf of Creditor Michael Gorenberg, his successors and/or assignees
rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

**1:25-bk-11247-VK Notice will not be electronically mailed to:**