STEPHEN L. BURTON (State Bar No. 113748)
16133 Ventura Blvd., 7th Floor
Encino, CA 91436
Telephone: (818)501-5055
Facsimile:  (818)501-5849

Attorney for Debtor,

FILED & ENTERED

OCT 31 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

WOODLAND HILLS DIVISION

| | |
|---|---|
| In re:<br><br>LARRY NASH<br><br><br><br>          Debtor. | Case No.  1:25-bk-11247 VK<br><br>Chapter 7<br><br>ORDER ON MOTION TO REQUIRE TRUSTEE TO ABANDON ESTATE'S INTEREST IN REAL PROPERTY AS BURDENSOME TO THE ESTATE<br><br>(No Hearing Held) |

On October 2, 2025, Larry Nash filed his "Motion to Require Trustee [to] Abandon Estate's Interest in Real Property as Burdensome to the Estate" (the "Motion") [doc. 64], and the supporting Declaration of Larry Nash. The address of the property at issue is commonly known as 18131 Andrea Circle N, #4, Northridge, Los Angeles.  The legal description of the property is attached as Exhibit "A" hereto

The Court having considered the Motion, sufficient notice of the Motion having been provided, no opposition to the Motion having been timely filed, the chapter 7 trustee having made a report of no distribution in this case and good cause appearing, it is hereby

| | |
|---|---|
| 1 | ORDERED, that the Motion is Granted. |
| 2 | ### |

Date: October 31, 2025

Victoria S. Kaufman
United States Bankruptcy Judge

# LEGAL DESCRIPTION

**The land referred to herein is situated in the State of California, County of Los Angeles, City of Los Angeles and described as follows:**

A Condominium Comprised of:

Parcel 1:

An undivided 1/57th interest in and to Lots 1, 2 and 4 of Tract No. 33282, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 880 Pages 66 to 68 inclusive of Maps, in the Office of the County Recorder of said County.

Except Units 101 to 157 inclusive as shown and defined on the Condominium Plan recorded October 14, 1977, as Instrument No.77-1138162 Official Records.

Parcel 2:

Unit 148 as shown and defined on the Condominium Plan above mentioned.

Parcel. 3:

A non-exclusive easement for the benefit of an appurtenant to Parcels 1 and 2 above, for purposes of ingress, egress, use and enjoyment in, upon, over and across Lot 3 of Tract No. 33282, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 880 Pages 66 to 68 inclusive of Maps, in the Office of the County Recorder of said County.

Except all oil, gas, minerals, hydrocarbons and other substances lying therein and thereunder that may be produced from a depth of 500 feet or more below the surface of said land, but without the right of entry upon the surface for the purpose of mining, drilling, exploring or extracting such oil, gas, minerals, hydrocarbons and other substances or other use or rights in and to a depth of 500 Feet below the surface thereof but with the right to drill into, locate wells and produce oil, gas, minerals, hydrocarbon and other substances from any portion thereof which lies below 500 Feet from the surface thereof as excepted and reserved by College Site Development Company, a limited partnership, in the Deed recorded December 29, 1976, as Instrument No. 1379 of Official Records.

FOR INFORMATIONAL PURPOSES ONLY:  APN: 2731-026-054

(End of Legal Description)

MAP

THE MAP(S) CONNECTED HEREWITH AND PROVIDED IN CONNECTION WITH THIS TITLE PRODUCT IS/ARE BEING PROVIDED AS A COURTESY AND FOR INFORMATIONAL PURPOSES ONLY; THE MAP(S) SHOULD NOT BE RELIED UPON. FURTHERMORE, THE PARCELS SET OUT ON THE MAP(S) MAY NOT COMPLY WITH LOCAL SUBDIVISION OR BUILDING ORDINANCES. STEWART TITLE ASSUMES NO LIABILITY, RESPONSIBILITY OR INDEMNIFICATION RELATED TO THE MAP(S) NOR ANY MATTERS CONCERNING THE CONTENTS OF OR ACCURACY OF THE MAP(S).