David K. Gottlieb
21650 Oxnard St. Suite 500
Woodland Hills, CA 91367
Telephone: (818) 539-7720
Email: dkgtrustee@dkgallc.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

In re

Larry Lee Nash

Debtor(s).

Case No.: 25-11247 VK

Chapter 7

NOTICE OF TRUSTEE'S INTENTION TO ABANDON ASSETS
[11 U.S.C. §554(a)]

(No Hearing Required)

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. §554(a), the Chapter 7 Trustee ("Trustee") of the above referenced bankruptcy estate, intends to and will abandon the estate's interest in certain assets, referred to herein as the "Property", and described as follows:

18131 Andrea Circle North, Unit 4, Northridge, CA 91325

The Trustee is informed and believes that either the estate has no interest in the Property or there is no realizable equity in the Property for the benefit of the estate. Hence, the Trustee believes that the proposed abandonment is in the best interests of the estate and its creditors.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 6007-1, any objections or request for hearing must be filed with the Court and served on the Trustee at 21650 Oxnard St., Suite 500, Woodland Hills, California 91367 (818) 539-7720, not more than fourteen (14) days after service from this Notice, unless the notice specifies a longer period or unless otherwise ordered by the court. If no request for hearing is timely filed and served, the Trustee may take the proposed action and the Trustee will be deemed to have abandoned any interest in the Property fourteen (14) days from the date of mailing this notice, which date is noted below. No court order will be required for the abandonment to be effective.

If a timely filed objection and request for hearing is filed and served, the Trustee shall within 21 days from the date of service of such objection, contact the Court and obtain a hearing date and give notice of the hearing date to those entities objecting and to the U.S. Trustee. The proceedings in such matters will be governed by Local Bankruptcy Rule 9013-1(o).

Dated: November 3, 2025

_____
DAVID K. GOTTLIEB
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21650 Oxnard St., Suite 500, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S INTENTION TO ABANDON ASSETS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/4/25__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Stephen L Burton    steveburtonlaw@aol.com
- Christopher Cramer    secured@becket-lee.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com;ecf.alert+Gottlieb@titlexi.com
- Joshua L Scheer    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Reilly D Wilkinson    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

                                            Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On __11/4/2025__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria Kaufman, US Bankruptcy Court, 21041 Burbank Blvd., Woodland Hills, CA 91367
Larry Lee Nash, 18131 Andrea Circle N #4, Northridge, CA 91325

                                            X Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/4/2025 | Renee Johnson | /s/ Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                F 9013-3.1.PROOF.SERVI

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:25-bk-11247-VK<br>Central District of California<br>San Fernando Valley<br>Tue Nov  4 09:22:05 PST 2025 | Michael Gorenberg, his successors and/or ass<br>c/o Scheer Law Group LLP<br>85 Argonaut<br>Suite 202<br>Aliso Viejo, CA 92656-4128 | San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correpondence/Bankrupty<br>Po Box 981535<br>El Paso, TX 79998-1535 | Aracli Contreras<br>HOA Organizers, Inc<br>20847 Sherman Way, Penthouse<br>Winnetka, CA 91306-2706 |
| Best Egg<br>Attn: Bankrupcty<br>Po Box 42912<br>Philadelphia, PA 19101-2912 | Capita One NA<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City,  UT 84130-0285 | Carol Sue Harmel<br>8609 DeSoto Ave #136<br>Canoga Park CA 91304-2872 |
| DWP<br>PO BOX 30808<br>Los Angeles, CA 90030-0808 | Deborah Nash<br>18131 Andrea Circle North, Unit 4<br>Northridge, CA 91325-5301 | FRANCHISE TAX<br>P.O. BOX 826880<br>MIC 4<br>Saeramento, CA  94280-0001 |
| Law Office of Neil B. Katz<br>PO Box 9022<br>San Pedro, CA 90734-9022 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Michael Gorenberg<br>c/o California TD Specialists<br>8190 East Kaiser Blvd<br>Anaheim, CA 92808-2215 |
| Northridge Townhome Estates HOA<br>C/O HOA Organizers<br>20847 Sherman Way, Penthouse<br>Winnetka CA 91306-2706 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ricardo Villalobos<br>Privity Law<br>27451 Tourney RD #280<br>Valencia, CA 91355-6300 |
| SPECIAL PROCEDURES<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Scott & Associates I<br>300 East Esplanade 9th Floor<br>Oxnard, CA 93036-1275 | Telecom Selfreported<br>Po Box 4500<br>Allen, TX 75013-1311 |
| United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Utiltty Selfreported<br>Po Box 4500<br>Allen, Tx 75013-1311 | (p)DAVID KEITH GOTTLIEB  TR<br>ATTN D GOTTLIEB & ASSOCIATES LLC<br>21650 OXNARD STREET SUITE 500<br>WOODLAND HILLS CA 91367-4911 |
| Larry Lee Nash<br>18131 Andrea Circle N #4<br>Northridge, Ca 91325-5301 | Stephen L Burton<br>Stephen L. Burton, Attorney at Law<br>16133 Ventura Blvd 7th Fl<br>7th Floor<br>Encino, CA 91436-2403 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Macy's/ DSNB
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

David Keith Gottlieb (TR)
21650 W. Oxnard St. #500
Woodland Hills, CA 91367

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26